# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

SONIC AUTOMOTIVE, INC.; SONIC DIVISIONAL OPERATIONS, LLC; and ECHOPARK AUTOMOTIVE, INC.

   *Plaintiff*   )
   v.      )  Civil Action No. 3:25-cv-01004
        )

CARVANA CO.; CARVANA, LLC; CARVANA FAC LLC; and CARVANA LOGISTICS, LLC

        )
        )
   *Defendant*  )

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
  CARVANA CO.
  c/o Corporation Service Company, Registered Agent
  251 LITTLE FALLS DRIVE
  WILMINGTON, DE 19808

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

  Tasneem A. Dharamsi (NC Bar No. 47697)
  Tasneem A. Dharamsi
  Parker Poe Adams & Bernstein LLP
  301 Fayetteville Street, Suite 1400
  Raleigh, North Carolina 27601
  Email: tasneemdharamsi@parkerpoe.com

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date: 12/18/2025

Katherine Hord Simon, Clerk
United States District Court

**Civil Action No.** 3:25-cv-01004

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____
**was received by me on** *(date)* _____ .

❏     **I personally served the summons on the defendant at**
      *(place)*_____
      **on** *(date)* _____ ; or

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
      _____ , **a person of suitable age and discretion who**
      **resides there, on** *(date)* _____ , **and mailed a copy to the individual's last**
      **known address; or**

❏     **I served the summons on** *(name of individual)* _____ ,
      **who is designated by law to accept service of process on behalf of** *(name of organization)*
      _____ **on** *(date)* _____ ; or

❏     **I returned the summons unexecuted because** _____ ; or

❏     **Other** *(specify)***:**
      _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$** _____ .

**I declare under penalty of perjury that this information is true.**

**Date:**_____        _____
                                                                          **Server's signature**

                                                              _____
                                                                          **Printed name and title**

                                                             _____
                                                                             **Server's address**

**Additional information regarding attempted service, etc:**