## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| SONIC AUTOMOTIVE, INC.; SONIC DIVISIONAL OPERATIONS, LLC; and ECHOPARK AUTOMOTIVE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CARVANA CO.; CARVANA, LLC; CARVANA FAC LLC; and CARVANA LOGISTICS, LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:25-cv-01004-MOC-WCM <br><br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Sonic Automotive, Inc., Sonic Divisional Operations, LLC, and EchoPark Automotive, Inc. hereby voluntarily dismiss the above-captioned action and all asserted claims in this matter against Defendants Carvana Co., Carvana, LLC, Carvana FAC LLC, and Carvana Logistics, LLC **WITH** prejudice. There are no remaining Defendants in this matter.

Respectfully submitted this 2nd day of January, 2026.

/s/ *Tasneem A. Dharamsi*
Tasneem A. Dharamsi (NC Bar No. 47697)
Parker Poe Adams & Bernstein LLP
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
T: (919) 835-4551
F: (919) 834-4564
Email: tasneemdharamsi@parkerpoe.com

Morgan H. Rogers (NC Bar No. 37025)
Nicholas H. Lee (NC Bar No. 47885)
Parker Poe Adams & Bernstein, LLP
620 South Tryon Street, Suite 800
Charlotte, North Carolina 28202
T: (704) 335-9000
F: (704) 334-4706

Email: morganrogers@parkerpoe.com
Email:  nicholaslee@parkerpoe.com

*Counsel for Plaintiffs*